UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KELLI WILKERSON<br>10220 BROOKFIELD DRIVE<br>NEW ORLEANS, LA 70127 | * | CIVIL ACTION NO. 22-2520 |
| VERSUS | * | SECTION: "SECT. I MAG.5 |
| RENE CRUSTO and<br>International Alliance of Theatrical Stage<br>Employees (IATSE LOCAL 39) | | |
| | * | JUDGE |
| | * | MAG. JUDGE |

******************************************************************************

**COMPLAINT AND DEMAND FOR JURY TRIAL**

******************************************************************************

## I.  PARTIES, JURISDICTION AND VENUE

1.

Plaintiff Kelli Wilkerson, in proper person, is a person the full age of majority domiciled in the Parish of Orleans, State of Louisiana.

2.

Kelli Wilkerson is employed as a stage hand by the International Alliance of Theatrical Stage Employees (hereinafter referred to as "IATSE").

3.

Rene Crusto, is a person the full age of majority domiciled in the Parish of Orleans, State of Louisiana and within the geographic area served by the United States

-1-

✓ Fee _Dupin_
___ Process___
X   Dktd___
___ CtRmDep___
___ Doc.No.___

District Court for the Eastern District of Louisiana. At all times material herein, defendant Crusto was employed by IATSE, who is liable for damages caused by its employee's negligence and/or intentional acts pursuant to the Doctrine of Respondeat Superior.

4.

International Alliance of Theatrical Stage Employees (IATSE LOCAL 39), is a contract labor union and organization, of which plaintiff and defendants are employees and members. Further IATSE is a juridical entity thus amenable to suit.

5.

This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, U.S.C. § 2000e, et seq. (Title VII), which, in relevant part, prohibits sexual harassment, discrimination in employment based upon an employee's sex, and retaliation against an employee for her complaints of sexual harassment.

6.

Plaintiff Kelli Wilkerson additionally brings supplemental state law claims against defendants and co-employee Rene Crusto for intentional infliction of emotional distress.

7.

Venue is proper in the Eastern District of Louisiana, under 42 U.S.C. § 2000e-5(t), and 28 U.S.C. § 1391(b) and ©, because defendants regularly conduct business in this District and the events forming the basis of the suit occurred in the District. The claims made herein arose in this juridical district, and pursuant to 42 U.S.C. sec. 2000e-5(f)(3).

## II. FACTUAL ALLEGATIONS

8.

In February of 2020 defendant Crusto sexually battered and harassed Plaintiff. In approximately October of 2020, Plaintiff filed a Charge of Discrimination against Defendants with the U.S. Equal Employment Opportunity Commission (the "Charge").

9.

On May 20, 2022, the EEOC issued its Dismissal and Notice of Rights to Plaintiff ("EEOC Right to Sue").

10.

Plaintiff Kelli Wilkerson was employed by IATSE Local 39 when she became the subject of sexual harassment by her co-employee, Rene Crusto. Ms. Wilkerson continues to be employed by IATSE Local 39. At all times relevant hereto, Ms. Wilkerson was a competent, qualified, loyal and conscientious empoyee.

11.

During Plaintiff's employment, Mr. Crusto rubbed his genital area against Ms. Wilkerson's body, made sexually explicit comments and repeatedly taunted plaintiff.

12.

Plaintiff pleaded with Mr. Crusto to stop the harassment. She also made multiple reports to IATSE and officials of the harassment which were ignored. Instances of harassment were witnessed by other co-employees.

13.

Rene Crusto's sexual harassment and sexually discriminatory actions were severe and pervasive, creating a hostile work enviornment for Plaintiff. The actions of Rene Crusto became unbearable, forcing plaintiff to seek therapy.

14.

Ms. Wilkerson suffered severe mental anguish and was hindered from living a normal life outside of the work environment.

15.

Ms. Wilkerson experienced extreme emotional distress, stress, anxiety, humiliation, insomnia, nightmares and flashbacks and caused Plaintiff to have Post-Traumatic stress and anxiety and prompted her to be seen by mental health professionals in whose care she remains.

16.

IATSE was previously placed on notice that Mr. Crusto had a propensity for sexual harassment and/or inappropriate behavior against co-employees.

17.

Upon information and belief, IATSE had prior complaints of sexual harassment against Rene Crusto and such complaints were never addressed.

18.

Upon information and belief, IATSE has an inadequate human resources department that fails to protect people and fails and/or negligently conducts investigations when complaints have been filed by/or against IATSE employees.

19.

Defendants' Crusto's and IATSE's behavior and actions amount to the intentional infliction of emotional distress, as the behavior was extreme and outrageous to be beyond all the standards of decency or respect which should be present in any environment, particularly a work environment.

20.

Ms. Wilkerson suffered damages to wit: mental anguish, past present and future medical expenses, loss wages, loss of employment opportunities and loss of enjoyment of life.

21.

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demand a trial by jury.

**WHEREFORE,** the plaintiff Kelli Wilkerson respectfully requests that this Court enter judgment in her favor and against defendants Rene Crusto and the International Alliance of Theatrical Stage Employees (IATSE LOCAL 39) awarding compensatory and punitive damages, together with interest from the date of judicial demand; all court

costs and attorneys' fees; and all other legal and equitable relief to which the Court may find Plaintiff to be entitled.

Respectfully submitted,

IN PROPER PERSON

*/s/ Kelli Wilkerson*

KELLI WILKERSON
10220 Brookfield Dr.
New Orleans, LA 70127
(504) 982-0516
KNK3330@Bellsoutrh.net

PLEASE SERVE

(1) Rene Crusto
    2017 Governor Nicholls St.
    New Orleans, LA 70116

(2) International Alliance of Theatrical Stage Employees (IATSE LOCAL 39)
    through its President
    Matthew D. Loeb
    207 W. 25th St., 4th Floor
    New York, NY 10001